Lorenz Wolffers (LW6950)
The Corstange Law Group
325 West 38th Street, Suite 1203
New York, NY 10018
P: 646-875-8011 F: 212-624-0270
lorenz@corstange.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

Rokt Corp.,

        Plaintiff,

   vs.

Laura B. Zuchowski, in her official capacity, Director of USCIS Vermont Service Center;

Kenneth T. Cuccinelli II, in his official capacity, Acting Director of United States Citizenship and Immigration Services;

Chad Wolf, in his official capacity, Acting Secretary of Department of Homeland Security;

United States Citizenship and Immigration Services; and

Department of Homeland Security,

        Defendants

_____

Case No.: **CV 19-11158**

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, the undersigned, counsel of record for Plaintiff Rokt Corp. certifies as follows:

Rokt Defendant ROKT Corp. is a wholly owned subsidiary of Rokt (UK) Ltd., an entity formed under the laws of England and Wales. ROKT (UK) Ltd. is a wholly owned subsidiary of ROKT Pte Ltd., an entity formed under the laws of Singapore. No parent corporation or publicly held corporation owns 10% or more of ROKT Pte Ltd.'s stock.

Dated: December 4, 2019

/s/ Lorenz Wolffers

Lorenz Wolffers
The Corstange Law Group
325 West 38th Street, Suite 1203
New York, NY 10018
Ph: 646 875 8011
Fax: 212 624 0270
E: lorenz@corstange.com